IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

APPROVED and SO ORDERED.
ENTER: 2 7 l3 5 l4 2 3 6

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN RE: BOSTON SCIENTIFIC CORP., PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: O F N'4548

Donna Billings v. Boston Scientific Corporation
S.D. W. Va. 2:13-cv-00935

### STIPULATION OF DISMISSAL

Comes now plaintiff, Donna Billings, along with defendant, Boston Scientific Corporation, in the above entitled lawsuit. Pursuant to Rule 41(a)(1)(ii) all parties have agreed that all claims of plaintiff, Donna Billings, in this action against defendant, Boston Scientific Corporation, are dismissed with prejudice.

RESPECTFULLY SUBMITTED,

DONNA BILLINGS, Plaintiff

BY: /s/ Mark W. Davis
MARK W. DAVIS, ESQUIRE
DAVIS & CRUMP, P. C.
1712 15th Street, 3rd Floor
Gulfport, MS 39501
(228) 863-6000
(228) 864-0907 (facsimile)
markdavis@daviscrump.com
Attorney for Plaintiff

BY:   /s/ Jon A. Strongman
      JON A STRONGMAN, ESQUIRE
      SHOOK, HARDY & BACON, L.L.P.
      2555 Grand Boulevard
      Kansas City, MO   64108-2613
      (816) 474-6550
      (816) 421-5547 (facsimile)